Elliot Conn (SBN 279920)
Kira Patterson (SBN 354953)
CONN LAW, PC
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
elliot@connlawpc.com
kira@connlawpc.com

Attorneys for Plaintiff
GERALD R BROUGHAM


Matthew C. Wolf (SBN 223051)
Lauren VanDenburg (SBN 299957)
TURNER HENNINGSEN WOLF & VANDENBURG, LLP
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Tel: 323-653-3900
Fax: 323-653-3021
mwolf@thwvlaw.com; lvandenburg@thwvlaw.com

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD R BROUGHAM, <br><br> Plaintiff, <br><br> vs. <br><br> JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No.: 5:25-cv-02049-JFW-DTB <br><br> **NOTICE OF SETTLEMENT** <br><br> Scheduling Conference: <br>     Sept. 22, 2025, 1:15 pm. |

1  Plaintiff Gerald R. Brougham ("Plaintiff") and Defendant Jaguar Land Rover
2  North America, LLC ("Defendant") (collectively the "Parties") are pleased to report
3  to the Court that the Parties have settled the issue of damages in this matter and have
4  agreed upon the terms of a written settlement agreement which is currently out to the
5  Parties for signature. The only unresolved issue remaining is the issue of the amount
6  of statutory attorneys' fees, costs, and expenses pursuant to California's Song-
7  Beverly Consumer Warranty Act, Civil Code § 1794(d), which the Parties will
8  attempt to resolve informally by negotiation. Only if negotiations are unsuccessful
9  will Plaintiff file a motion for attorneys' fees with the Court.

10  In the meantime, the Parties request that the Court vacate the September 22,
11  2025 scheduling conference.

Dated: September 5, 2025   CONN LAW, PC

By: _____
    Elliot Conn
    GERALD R BROUGHNAM

Attorneys for Plaintiff
GERALD R. BROUGHAM

Dated: September 5, 2025   TURNER HENNINGSEN WOLF & VANDENBURG, LLP

By: */s/ Lauren VanDenburg*
    Lauren VanDenburg

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 5, 2025    By: /s/ *Elliot Conn*
　　　　　　　　　　　　　　　　ELLIOT CONN

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　GERALD R. BROUGHAM