Elliot Conn (SBN 279920)
Kira Patterson (SBN 354953)
CONN LAW, PC
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941
elliot@connlawpc.com
kira@connlawpc.com

Attorneys for Plaintiff
GERALD R BROUGHAM

*CLOSED*

Matthew C. Wolf (SBN 223051)
Lauren VanDenburg (SBN 299957)
TURNER HENNINGSEN WOLF & VANDENBURG, LLP
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Tel: 323-653-3900
Fax: 323-653-3021
mwolf@thwvlaw.com; lvandenburg@thwvlaw.com

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD R BROUGHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. 5:25-cv-02049-JFW-DTBx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Judge: Hon. John F. Walter<br>Action Filed: June 18, 2025<br>Trial Date: Vacated |

-1-
ORDER DISMISSING CASE WITH PREJUDICE - 5:25-cv-02049-JFW-DTB

1    Plaintiff Gerald R Brougham and Defendant Jaguar Land Rover North
2 America, LLC, by and through their respective counsel of record stipulate that,
3 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's entire action
4 against Defendant is dismissed with prejudice. Each party is to bear its own costs
5 and attorney fees.
6    THEREFORE, **IT IS HEREBY ORDERED** that the entire action is
7 dismissed with prejudice.
8    **IT IS SO ORDERED.**

10   Dated: December 4, 2025

The Honorable John F. Walter
US District Court Judge